UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VICTOR DAVIS,           )<br>          Plaintiff,      )<br>                            )<br>-v-                        )<br>                            )<br>LANDSCAPE FORMS, INC.,   )<br>          Defendant.    )<br>_____) | No. 1:13-cv-1346<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted the motion for summary judgment filed by Defendant Landscape Forms, Inc., and having dismissed all the claims in the complaint, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   April 17, 2015                                        /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              Chief United States District Judge